# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**
**TXu 2-499-213**

**Effective Date of Registration:**
July 21, 2025
**Registration Decision Date:**
July 22, 2025

## Title

**Title of Work:** Table 18

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Evan Foster
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1982

## Copyright Claimant

**Copyright Claimant:** RG Media Properties, LLC
407 N Maple Drive, Ground Floor, Beverly Hills, CA, 90210, United States
**Transfer statement:** By written agreement

## Certification

**Name:** Peter Afrasiabi
**Date:** July 21, 2025

**Correspondence:** Yes