# EXHIBIT B

*Comparative Analysis: TABLE 18 vs. DROP Scene Breakdown*

| SCENE | TABLE 18: Evan Foster | DROP: Jillian Jacobs Chris Roach | OBSERVATIONS: |
|---|---|---|---|
| Opening Scene | Hide and seek introduces Jennifer and her son. Starts in dining room, she wears blue. | Hide and seek introduces Violet and her son. Starts in kitchen, she wears blue. | *Nearly identical scene function and visual details; even the clothing color and tone are matched.* |
| The Son | Ollie — 6 years old, described with a mop of blonde hair. | 5 years old, with a mop of blonde hair. | *Physical description of child character is strikingly similar; both serve the same emotional role.* |
| The Caregiver | Jennifer's friend Daphne babysits and comments on Jennifer's outfit immediately. | Violet's sister Jen babysits and comments on Violet's outfit immediately. | *Characters function identically in the story; opening lines and dynamics are replicated.* |
| Character Name(s) | Main character's name is Jennifer, who goes by "Jenn." | Supporting character's name is Jen. | *Naming overlap reinforces the similarity in character types and roles.* |
| Reluctant About the Date | Jennifer expresses doubt about the date. Daphne insists, picks out a low-cut dress, says, "You need to get laid." | Violet expresses doubt about the date. Jen insists, picks out a low-cut jumpsuit, says, "You need to get laid." | *Dialogue is nearly verbatim; scene structure and emotional beat are mirrored.* |
| Hair as a Symbol | Jennifer wears her hair up for the date, eventually taking it down as she gains confidence. | Violet wears her hair up for her date. | *Visual symbolism (hair down as confidence grows) is consistent across both works.* |
| The Restaurant | Jennifer arrives at an upscale restaurant where the date will take place. | Violet arrives at a high-rise restaurant, top floor is dimly lit except the illuminated top level. | *Identical setting and visual language used to establish the scene location and tone.* |
| The Elevator | Jennifer talks to herself. Enters elevator, restaurant name on elevator button. | Violet talks to herself. Enters elevator, restaurant name on elevator button. | *Identical setting and visual language used to establish the scene location and tone.* |
| Date is Late | Jennifer's blind date is late. | Violet's blind date is late. | *Exact same narrative beat — the date being late creates early tension.* |
| The Restaurant Atmosphere | The restaurant "L'ETOILE" features panoramic views and live music. | "PALATE" is moody, has panoramic city view, and a piano performer on a raised stage. | *Restaurant ambiance, layout, and mood are directly parallel.* |
| Ordering Wine | Jennifer is seated at her table, asks the waiter for wine recommendations while waiting. | Violet goes to the bar, asks bartender for wine recommendations. | *Both women engage in solo wine ordering before the date begins; dialogue and purpose match.* |
| False Starts | Jennifer has false starts with other men before the real date arrives, CB, whom she must later defeat. | Violet has false starts with other men. One of them, Richard, is later revealed to be the villain she must defeat. | *Identical narrative device used to mislead the protagonist and foreshadow the antagonist. Both scenes use the same structural technique — introducing the villain early under a false identity.* |
| Forbidden Ice Cream | Jennifer specifically asks that Daphne not give Ollie ice cream. | Jen sends Violet a picture of Toby eating ice cream. | *Caregiver gives son ice cream as a symbol of rebellion — Drop "just stuffing him full of ice cream"* |

Page 1 of 4

| SCENE | TABLE 18:<br>Evan Foster | DROP:<br>Jillian Jacobs<br>Chris Roach | OBSERVATIONS: |
|---|---|---|---|
| Meeting the Date | Jennifer and CB have awkward "getting to know you" banter with sexual innuendo. Jennifer jokes about past relationships with creepy men. | Violet and Henry have awkward banter with sexual undertones. Violet jokes about past relationships with creepy guys. | *Identical tone and purpose; both use flirtatious discomfort to build tension and reveal backstory.* |
| The Waiter | Serious, pretentious waiter creates tension. He reappears throughout as CB pressures Jennifer through food choices while her family is held hostage. | Over-friendly waiter is introduced early and adds tension throughout. While Violet is threatened, the waiter unknowingly presses her for food orders. Richard later uses food as a tool to taunt her. | *Waiter functions as a recurring dramatic foil in both; used to intensify the protagonist's helplessness.* |
| The Performer | Performer interrupts Jennifer and CB's conversation uncomfortably, increasing tension. | Performer interrupts Violet and Richard's conversation, behaving intrusively and escalating discomfort. | *Identical narrative device — performer intrusion used to spike anxiety mid-date.* |
| Describing the Date | Jennifer's boss describes CB as not too tall, goatee, possibly a mustache. CB is muscular, late 30s, blue eyes, speaks fluent French, has French cultural ties. | Henry is described via dating profile as not too tall, goatee, mustache, muscular, blue eyes, and connected to French culture. | *Character descriptions and cultural identity are replicated with precision.* |
| Specific Table | Emphasis on the table selected by CB — it's rigged with a detonator. Jennifer cannot leave or her house will explode. | The dinner table was secretly selected by Richard. Violet cannot leave or her son and sister will die. | *Identical narrative mechanic — entrapment via a symbolic and literal table, chosen by the antagonist.* |
| Food Order(s) | CB orders lamb cooked medium-well (normally rare) with truffled potatoes. Asks Jennifer to share a side. | Henry orders steak cooked medium. Requests truffle mashed potatoes and asks Violet to share. | *Matching dialogue and similar food selections, shared dish* |
| Signaling For Help | Jennifer tries to nonverbally ask for help by signaling to a deaf couple with her hands. | Violet tries to write a message on her hand to signal for help. | *Nonverbal distress signals used in both — parallel visual expressions of panic and desperation.* |
| The Note | Jennifer sends a disguised note to restaurant staff asking for help. Staff later intercepts it. | Violet sends a disguised note to the staff for help. Her message is intercepted and sent back to her. | *Identical beat — coded message fails, reinforcing sense of inescapable isolation.* |
| The Table as a Threat | CB strategically chooses the dinner table and rigs it with a bomb. Jennifer is unable to move or leave without triggering it. | Richard books the dinner table in advance. Violet is told she cannot leave or her son and sister will be killed. | *Identical narrative stakes: the table is a trap selected by the villain, anchoring the protagonist in place under mortal threat.* |
| Failed Phone Interactions | Jennifer tries to text Daphne using a broken phone. | Violet attempts to dial 911 from the restaurant phone; the call fails. | *Both attempts at remote communication are blocked, reinforcing isolation and helplessness.* |
| Spilling Drink as a Distraction | Jennifer spills a glass of water on the table as a diversion. | Violet spills her wine to create a distraction. | *Identical dramatic device used to shift focus and attempt action while under watch.* |
| Opening Up | Jennifer and CB share a vulnerable conversation; she reveals past trauma and her need to protect her son. | Violet reveals details of her traumatic past involving her deceased husband and her protective instincts over her son. | *Both protagonists are emotionally disarmed through mirrored dialogue; backstory reveals align in form and timing.* |

| SCENE | TABLE 18:<br>Evan Foster | DROP:<br>Jillian Jacobs<br>Chris Roach | OBSERVATIONS: |
|---|---|---|---|
| **Restaurant Staff Grows Suspicious** | Restaurant staff begin noticing something is wrong. The maître d' checks on Jennifer. | Restaurant staff grow suspicious. The maître d' checks on Violet. | *Same beat of outside concern arises from subtle behavioral cues; staff begin to intrude on the tension.* |
| **Restaurant Staff Tries to Help** | Restaurant staff attempt to intervene to help Jennifer. | Staff attempt to intervene on Violet's behalf as the situation escalates. | *In both works, outside intervention reaches its peak before the final conflict erupts.* |
| **The Photographs** | Photographic evidence plays a significant role in CB's psychological manipulation and control over Jennifer. | Photographs are used to maintain control over Violet during the hostage situation. | *Use of photographic evidence as a coercive device is present in both narratives.* |
| **Kill The Date** | Jennifer is eventually tasked with killing her date, CB. It is revealed she has killed before. | Violet is pressured to kill her date. It is suggested she may have killed before, and that she is being framed as a "widow assassin." | *Identical character reversal — victim becomes potential killer with a dark past.* |
| **Threatens to go to the Police** | Jennifer threatens to go to the police about Val/CB. | Violet threatens to go to the police about Richard. | *Verbal assertion of power and legal threat appears at the same structural point in both works.* |
| **Ingesting** | Jennifer challenges Val by pressuring him to swallow the code that deactivates the detonator, calling his bluff. | Violet pressures Richard to drink one of the shots she spiked, creating a moment of psychological and physical risk. | *Mirrored scene involving protagonist regaining power by forcing the antagonist to ingest something dangerous.* |
| **Dead Father** | Jennifer's fiancé Oliver was murdered by CB/Val. Her son Ollie witnessed it. | Violet's husband Blake died by suicide, but it's revealed her son Toby witnessed it. | *Parallel traumatic backstory where the child's direct exposure to violence becomes a defining emotional wound.* |
| **Child Trauma Backstory** | During the final confrontation, it's revealed that Val shot Jennifer's fiancé, and that Ollie witnessed the murder. | During the final confrontation, it's revealed that Violet's husband died by suicide with a firearm, and Toby was a witness. | *Deep backstory reveals in both climaxes; child trauma and protagonist guilt are central.* |
| **Larger Criminal Matter** | Jennifer's fiancé was killed because he was a key eyewitness in a criminal case. | Henry (Violet's date) is revealed to be an FBI informant, which is why Richard wants him dead. | *Identical motive: the victim/love interest is targeted for being a key witness in a larger criminal matter.* |
| **Villain Lashes Out** | During the climax, Jennifer physically fights back. Waitstaff intervene as Val becomes violent. Val shoots a waiter. | During the climax, Violet attacks Richard. He shoots Henry and goes on a rampage through the restaurant, attacking staff. | *Both climaxes feature the villain lashing out violently in public, injuring or killing restaurant staff.* |
| **Final Kill** | Jennifer smashes a bottle over Val's head, then stabs him in the stomach. He dies a few moments later. | Violet shatters a glass window behind Richard, causing him to fall to his death from the building. | *Final kill delivered by protagonist in a visually dramatic and symbolically charged moment.* |
| **Battle at Home** | Daphne and Ollie are attacked at home. Daphne stabs the assailant with a steak knife after smashing a glass over his head. | Jen (Violet's sister) smashes a glass over the attacker's head, then stabs him with a steak knife. Violet later joins the fight. | *Mirrored domestic confrontation scene; same weapons (glass + steak knife) and same characters performing the defense.* |
| **The Race Home** | Jennifer rushes home to try to disarm the bomb and save Daphne and Ollie. Dramatic cross-cutting with the events at home. Sirens are heard. | Violet races home to save Jen and Toby. A montage cuts between Violet's rush and the events at home. Sirens are heard. | *Parallel structure and tone in final chase and rescue montage. Both feature mother's desperate race and law enforcement presence.* |

| SCENE | TABLE 18:<br>Evan Foster | DROP:<br>Jillian Jacobs<br>Chris Roach | OBSERVATIONS: |
|---|---|---|---|
| **Proximity** | Jennifer appears to live within running distance of her home, as she runs there in the final sequence. | Violet tells Henry earlier that she lives a few minutes from downtown, which supports her ability to run home later. | *Geographical proximity of protagonist's home to the restaurant is similarly used to justify final sprinting sequence.* |
| **Mother and Son Resolution** | Emotional moment of reconciliation between Jennifer and her son Ollie. | Emotional reconciliation between Violet and her son Toby. | *Identical emotional beat — the film concludes with a mother-son embrace signaling relief, love, and resolution.* |